Name: JOAQUIN JAY II
CDC No: 1748431
Address: PO BOX 872
Fresno, CA 93721

FILED
FEB 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

JOAQUIN JAY II

    Plaintiff,

vs.

FRESNO COUNTY JAIL (F.C.J.)

    Defendants.

CASE NUMBER: 1:10-CV-00213-GSA (PC)

**APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

I, JOAQUIN JAY II, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ___ No  **(If "no" DO NOT USE THIS FORM)**

   State the place of your incarceration. FRESNO COUNTY JAIL

2. Are you currently employed (includes prison employment)?  ___ Yes  ☒ No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:  ___ Yes  ☒ No

   b. Rent payments, interest or dividends:  ___ Yes  ☒ No

-4-

RECEIVED
FEB 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|   | c. | Pensions, annuities or life insurance payments: | ___ Yes | ✓ No |
|   | d. | Disability or workers compensation payments: | ___ Yes | ✓ No |
|   | e.. | Gifts or inheritances: | ___ Yes | ✓ No |
|   | f. | Any other sources: | ___ Yes | ✓ No |

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ✓ No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes ✓ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes ✓ No

   If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

   **IMPORTANT:** **This form must be dated and signed below in order for the court to consider your application.**

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

   2/8/10
   DATE

   _____
   SIGNATURE OF APPLICANT

   NOTE: Within sixty days from the date of this application you must forward to the court a certified copy of your prison trust account statement showing transactions for the past six months.

   (Revised 01/2008)